IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL C. BAKER
ADC #652754                                                                                                                       PLAINITFF

V.                      NO. 4:23-cv-00480-BRW-ERE

STEELE, *et al*.                                                                                                                        DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Wilson can adopt this Recommendation without independently reviewing the record.

**II.**      **Discussion:**

On May 23, 2023, Plaintiff Michael C. Baker, formerly an inmate at the Southwest Arkansas Community Correction Center, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983.[1] *Doc. 2*.

---

[1] In his complaint and amended complaint, Mr. Baker alleges that Defendants Nurse Steele, Nurse Michaels, and WellPath were deliberately indifferent to his serious medical

On July 24, 2023, mail sent to Mr. Baker from the Court was returned as undeliverable with the notation "return to sender no longer at this address." *Doc. 8.*

The same day, the Court ordered Mr. Baker to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 9.* To date, he has not responded to the Court's July 24 Order, and the time to do so has passed.

Mr. Baker has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Baker regarding his lawsuit.

### III.   Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1.   Mr. Baker's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's July 24 Order; (3) update his address; and (4) prosecute this lawsuit.

2.   The Clerk be instructed to close this case.

---

needs. He requests money damages. However, Mr. Baker sues Defendants in their official capacity only. In addition, he fails to attribute any unconstitutional conduct to Defendant Michaels. Accordingly, the Court previously provided Mr. Baker an opportunity to file a second amended complaint to clarify his constitutional claims. *Doc. 7.*

Dated 28 August 2023.

*[signature]*
_____
UNITED STATES MAGISTRATE JUDGE