IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL C. BAKER
ADC #652754                                                                                  PLAINITFF

V.                                    NO. 4:23-cv-00480-BRW

STEELE, *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Baker has not filed objections. After careful review of the Recommendation, the Court approves and adopts the Recommendation in its entirety.

Mr. Baker's claims are DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's July 24 Order; (3) update his address; and (4) prosecute this lawsuit.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 20th day of September, 2023.

                                                                                              BILLY ROY WILSON
                                                                                 UNITED STATES DISTRICT JUDGE